IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WOODBRIDGE GROUP OF COMPANIES, LLC., et. al.<br>Remaining Debtors. | CASE NO.: 17-12560-BLS<br><br>CHAPTER 11 |
| MICHAEL GOLDBERG, in his capacity as Liquidating Trustee of the WOODBRIDGE LIQUIDATION TRUST.<br>Plaintiff,<br><br>vs.<br><br>ROCHELLE BERMAN, IN HER CAPAICTY AS TRUSTEE OF THE ROCHELLE BERMAN TRUST, ROCHELLE BERMAN<br>Defendants.<br>_____/ | SUGGESTION OF BANKRUPTCY<br>CHAPTER 13 |

**ROCHELLE BERMAN** by and through his/her/their undersigned counsel, pursuant to 11 U.S.C. § 101 *et seq.*, hereby files this *Suggestion of Bankruptcy*, and aver(s) **ROCHELLE BERMAN** filed a voluntary bankruptcy petition (the "Petition"), **Chapter 13** on **01/16/2020** in the United States Bankruptcy Court for the Southern District of Florida. **Bankruptcy Case No. 20-10552-LMI.**

1. The filing of the Petition may operate as an automatic stay of the commencement or continuation of these proceedings pursuant to 11 U.S.C. § 362.

2. This *Suggestion of Bankruptcy* does not constitute a *Notice of Appearance*.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 16TH day of January 2020 via U.S. Mail to Pachulski Stang Ziehl & Jones, LLP, 919 North Market Street, 17th Floor, POB 8705, Wilmington, DE 19899-8705.

**KINGCADE & GARCIA, P.A,**
Counsel for the Debtor
1370 Coral Way • Miami, Florida 33145-2960
Telephone: 305-285-9100 • Facsimile: 305-285-9542

X Timothy S. Kingcade, Esq., FBN 082309
☐ Wendy Garcia, Esq., *Of Counsel*, FBN 0865478
☐ Jessica L. McMaken, Esq., FBN 580163
☐ Kristina Gonzalez, Esq., FBN 091115