**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>Plaintiff,<br>vs.<br><br>ROCHELLE BERMAN, IN HER CAPACITY AS TRUSTEE OF THE ROCHELLE BERMAN TRUST; ROCHELLE BERMAN,<br><br>Defendant. | Adversary Proceeding<br><br>Case No. 19-50892 (JKS)<br><br>**Ref. Docket No. 14** |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2026, I caused to be served the "Notice of Voluntary Dismissal of Adversary Proceeding," dated September 10, 2026 [Docket No. 14], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to: *cdz@lydeckerdiaz.com*.

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

3. All envelopes utilized in the service of the foregoing contained the following legend: “LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT.”

*/s/ Sharna Wilson*
Sharna Wilson

# EXHIBIT A

ROCHELLE BERMAN, IN HER CAPACITY AS TRUSTEE
OF THE ROCHELLE BERMAN TRUST
11220 SW 111TH STREET
MIAMI, FL 33176

LYDECKER DIAZ
ATTN: CARLOS DE ZAYAS
1221 BRICKELL AVENUE, 19TH FL
MIAMI, FL 33131